Robert D. Wilkinson, Esq. #100478
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for   Defendant, TIMOTHY CREE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> vs. <br><br> VERNON KEITH MOORE, CAMERON PATELZICK, and TIMOTHY CREE, <br><br>  Defendants. | Case No.: 1:10-CR-00057 LJO <br><br> STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING <br><br> Date: January 7, 2011 <br> Time: 10:00 am <br> Courtroom: 4 <br> Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Kimberly A. Sanchez, and Defendant TIMOTHY CREE, by and through his attorney of record, Robert D. Wilkinson, that the Sentencing Hearing scheduled for January 7, 2011 at 10:00 a.m. be moved to Friday, February 4, 2011 at 10:00 a.m. in Courtroom 4.  The justification for this request is that there are issues as to whether and to what extent Mr. Cree is entitled to credit under 18 U.S.C. § 3585 for time he spent in state custody against his anticipated federal sentence.  Defense counsel has spoken with counsel for the Federal Bureau of Prisons (BOP) and is informed that for the benefit of the BOP in calculating Mr. Cree's time credits, defense counsel should obtain copies of the Calaveras County Superior Court records from Mr. Cree's related state case.  Defense counsel needs the additional time to obtain the relevant state court records.

1  The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice, pursuant to 18 U.S.C., Sections 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(I).

Respectfully submitted,

DATED: December 30, 2010.  BAKER MANOCK & JENSEN, PC

By /s/ Robert D. Wilkinson
Robert D. Wilkinson
Attorneys for Defendant, Timothy Cree

DATED: December 30, 2010  BENJAMIN B. WAGNER,
UNITED STATES ATTORNEY

By /s/ Kimberly A. Sanchez (as authorized 12/30/10)
Kimberly A. Sanchez
Assistant U. S. Attorney

**ORDER**

IT IS SO ORDERED.   The new Sentencing date is February 11, 2011 at 10:00a.m.  The Court is unavailable on February 4, 2011 as requested.

DATED:  January 4, 2011

/s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT COURT JUDGE

DMS: 907211_1