Robert D. Wilkinson, Esq. #100478
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for   Defendant, TIMOTHY CREE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br> TIMOTHY CREE, <br>     Defendant. | Case No.: 1:10-CR-00057 LJO <br><br> REQUEST TO SEAL DOCUMENTS RELATED TO DEFENDANT, TIMOTHY CREE'S, SENTENCING; ORDER <br> [Local Rules, Rules 141 and 460] <br><br> DATE: February 25, 2011 <br> TIME: 10:00 a.m. <br> COURTROOM: 4 <br> JUDGE: The Honorable Lawrence J. O'Neill |

Counsel for Defendant, TIMOTHY CREE hereby requests leave to file Counsel's Supplemental Declaration in Support of Sentencing Memorandum and Formal Objection to Advisory Guideline Presentence Investigation Report, with attachments Bates stamped 01 through 16, under seal. Counsel proposes serving his declaration and the attachments upon the United States Attorney's Office and the United States Probation Office subject to the Court's order that the declaration and attachments remain confidential.

Counsel requests sealing of the documents on the grounds that his declaration and the attachments are related documents to be offered at the time of sentencing on behalf of Mr. Cree, pursuant to Local Rules, Rule 460(a). The documents are also confidential and privileged pursuant to the psychotherapist-patient privilege and as substance abuse treatment records.

Federal Rules of Evidence, Rule 501; *Jaffee v. Redmond*, 518 U.S. 1 (1996); *Oleszko v. State Compensation Ins. Fund*, 243 F.3d 1154 (9th Cir. 2001).

   Counsel apologizes for the tardy nature of the request.  Counsel has been ill and has had other family duties which have kept him from being able to make this application any sooner.

DATED:  February 24, 2011.      Respectfully submitted,

                  BAKER MANOCK & JENSEN, PC


                  By /s/ Robert D. Wilkinson
                  Robert D. Wilkinson
                  Attorneys for Defendant, Timothy Cree

**ORDER**

   Good cause having been shown therefore, THE COURT HEREBY ORDERS the Supplemental Declaration of Robert D. Wilkinson in Support of Defendant, Timothy Cree's, Sentencing Memorandum and Formal Objection to Advisory Guideline Presentence Investigation Report, with attachments Bates-stamped 01 through 16, shall be filed under seal. The documents shall only be unsealed upon further order of the Court.  The sealed documents, including Counsel's declaration and attachments, shall be served upon the United States Attorney's Office, to the attention of Assistant United States Attorney Kimberly A. Sanchez, and the United States Probation Office, attention United States Probation Officer Sarah Kirk, immediately upon issuance of this order.  The documents may be served on the United States Attorney's and United States Probation Offices by personal delivery or electronic mail.

DATED:  February 24, 2011       /s/ Lawrence J. O'Neill

                  Lawrence J. O'Neill
                  U. S. District Judge

DMS:  926848_1
10924.0030