Robert D. Wilkinson          #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for   Defendant TIMOTHY CREE

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>TIMOTHY CREE,<br><br>             Defendant. | CASE No. 1:10-CR-00057 LJO<br><br>STIPULATION AND ORDER TO CONTINUE INITIAL APPEARANCE RE VIOLATION OF PROBATION<br><br>l |

WHEREAS the initial appearance regarding Defendant TIMOTHY CREE's ("Mr. Cree") alleged violation of probation is currently set for February 25, 2015, at 1:30 p.m., before the Honorable Stanley A. Boone, U.S. Magistrate Judge, and Mr. Cree is unable to obtain transportation from Stockton, where he lives, to Fresno until Friday, February 27, 2015;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED by the parties hereto though authorized counsel, that the initial appearance regarding Mr. Cree's alleged violation of probation currently scheduled in this matter for Wednesday, February 25, 2015, at 1:30 p.m., may be continued to Friday, February 27, 2015, at 1:30 p.m. before Magistrate Judge Stanley A. Boone.

DATED:  February 24, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/
Kimberly Sanchez
Assistant U.S. Attorney
Attorneys for Plaintiff

DATED:  February 24, 2015

BAKER MANOCK & JENSEN, PC

By: /s/
Robert D. Wilkinson
Attorneys for TIMOTHY CREE

## ORDER

Good cause having been shown therefore, IT IS HEREBY ORDERED that the initial appearance regarding Mr. Cree's alleged violation of probation set for Wednesday, February 25, 2015, at 1:30 p.m., in Courtroom 9, shall be continued to Friday, February 27, 2015, at 1:30 p.m., in Courtroom 9.

IT IS SO ORDERED.

Dated:  **February 24, 2015**

UNITED STATES MAGISTRATE JUDGE

2

.