UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>TIMOTHY CREE,<br><br>       Defendant. | No.  10 CR 00057 LJO<br><br>**DETENTION ORDER**<br>(Violation of Probation) |

   The defendant having been arrested for alleged violation(s) of the terms and conditions of probation; and

   Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.l(a)(6) and 18 U.S.C. § 3143(a), the Court orders the above-named defendant detained and finds that:

☐   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee; and/or

☒   The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

   This finding is based on the reasons stated on the record.

IT IS SO ORDERED.

Dated:   **February 27, 2015**

_____
UNITED STATES MAGISTRATE JUDGE