Robert D. Wilkinson         #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for Defendant TIMOTHY CREE

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY CREE,<br><br>　　　　Defendant. | CASE No. 1:10-CR-00057 LJO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>Date:　May 4, 2015<br>Time:　10:30 a.m.<br>Ctrm:　4<br>Judge:　Hon. Lawrence J. O'Neill |

　　　　WHEREAS counsel for Defendant TIMOTHY CREE needs additional time to obtain medical records and prepare for the sentencing hearing in this matter;

　　　　IT IS HEREBY STIPULATED by and between the Plaintiff United States of America, by and through its authorized attorney of record, Assistant United States Attorney Kimberly A. Sanchez, and Defendant TIMOTHY CREE, by and through his authorized attorney of record, Robert D. Wilkinson, that the Sentencing Hearing scheduled for May 4, 2015 at 10:30 a.m. may be continued to June 1, 2015 at 10:30 a.m. in Courtroom 4.  Counsel for Defendant TIMOTHY CREE shall file and serve the sentencing memorandum Defendant's behalf on or before May 26, 2015.

/ / /

/ / /

/ / /

1635859v1 / 10924.0030

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING
.

| | |
|---|---|
| DATED:  April 28, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:  /s/ Kimberly Sanchez<br>Kimberly Sanchez<br>Assistant U.S. Attorney<br>Attorneys for Plaintiff |
| DATED:  April 28, 2915 | BAKER MANOCK & JENSEN, PC |
| | By:  /s/ Robert W. Wilkinson<br>Robert D. Wilkinson<br>Attorneys for TIMOTHY CREE |

### [PROPOSED] ORDER

Good cause appearing therefore IT IS HEREBY ORDERED that the Sentencing Hearing scheduled for May 4, 2015 at 10:30 a.m. shall be moved to June 1, 2015 at 10:30 a.m. in Courtroom 4.  It is further ORDERED that Counsel for Defendant TIMOTHY CREE shall file and serve the sentencing memorandum Defendant's behalf on or before May 26, 2015.  No further continuances.

IT IS SO ORDERED.

Dated:  **April 28, 2015**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE