IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:10-cr-00057-LJO |
| Plaintiff, | ) ORDER OF RELEASE |
| vs. | ) |
| TIMOTHY CREE, | ) |
| Defendant. | ) |

The above named defendant having been sentenced on June 1, 2015 to 90 days (CREDIT FOR TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.  A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:  **June 1, 2015**         **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE