IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:10-cr-00057-LJO-3 |
| Plaintiff, | ) AMENDED ORDER OF RELEASE |
| vs. | ) |
| TIMOTHY CREE, | ) |
| Defendant. | ) |

The above named defendant having been sentenced on June 1, 2015, to continue under the same terms and conditions of probation as previously ordered on February 25, 2011,

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.  A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   **June 3, 2015**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE